UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR-08-085-LRS-5 |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER GRANTING MOTION TO |
| ) | MODIFY RELEASE CONDITIONS |
| ROBERT BROWN, ) | |
| ) | **(Ct. Rec. 355)** |
| Defendant. ) | |

**IT IS ORDERED** that Defendant, Robert Brown, be removed from electronic home monitoring, and that he be placed on a curfew of **6:00 p.m. to 6:00 a.m.**

**IT IS FURTHER ORDERED** that the Defendant shall not have any contact with co-defendants in this case.

All other Conditions of Release previously entered shall remain in effect.

DATED February 6, 2009.


                          S/ CYNTHIA IMBROGNO
                    UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING MOTION TO MODIFY RELEASE CONDITIONS - 1